# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUN ROSIERE<br><br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent | Case No.: 2:17-cv-02468-APG-PAL<br><br>**Order Accepting Findings and Recommendation and Dismissing Complaint**<br><br>[ECF Nos. 1, 5, 8] |

On September 10, 2018, Magistrate Judge Leen recommended that I deny plaintiff Shaun Rosiere's application to proceed in forma pauperis and dismiss his Complaint. ECF No. 5. Rosiere filed an objection. ECF No. 8.

I have conducted a de novo review of the issues set forth in the Report of Findings and Recommendation under Local Rule IB 3-2. Judge Leen's Report sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own.

IT IS HEREBY ORDERED that the Report of Findings and Recommendation **(ECF No. 5) is accepted**, Rosiere's objection **(ECF No. 8) is overruled**, Rosiere's application to proceed in forma pauper **(ECF No. 1) is denied**, and this **case is dismissed**. The clerk of the court shall enter Judgment accordingly.

Dated: February 19, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE